IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| Jonae L. Skinner, <br><br> Plaintiff, <br><br> v. <br><br> Upstart Network, Inc.; and DOES 1 through 100 inclusive, <br><br> Defendants. | CASE NO. 5:23-cv-00391-XR |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW,** Plaintiff Jonae L. Skinner ("*Plaintiff*") and Defendant Upstart Network, Inc. ("*Defendant*") (collectively with Plaintiff, the "*Party*" or "*Parties*,"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of Plaintiff's claims, with prejudice, and state as follows:

Plaintiff and Defendant have settled the above captioned matter and seek a full and final dismissal of all claims, with prejudice. Each Party will bear his or its own attorneys' fees and costs.

**WHEREFORE**, the Parties jointly pray for the entry of an Order of Dismissal with prejudice as pursuant to the provisions hereof, with each party to bear his or its own cost relative thereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 6, 2024 | */s/ Kyle Schumacher by permission*<br>Kyle Schumacher<br>SCHUMACHER LANE PLLC<br>P.O. Box 558<br>Spring Branch, TX 78070<br>503-482-8137 ph<br>210-783-1383 fax<br>kyle@schumacherlane.com<br>**Attorneys for Plaintiff** |
| Dated: February 6, 2024 | */s/ Justin K. Sauls*<br>JUSTIN K. SAULS<br>State Bar No. 24079276<br>MCGLINCHEY STAFFORD<br>Three Energy Square<br>6688 North Central Expressway, Suite 400<br>Dallas, Texas 75206<br>Telephone: (214) 445-2445<br>Facsimile: (214) 445-2450<br>jsauls@mcglinchey.com<br>**Attorneys for Defendant**<br>**Upstart Network, Inc.** |