IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| Jonae L. Skinner,<br><br>        Plaintiff,<br><br>v.<br><br>Upstart Network, Inc.; and DOES 1 through 100 inclusive,<br><br>        Defendants. | CASE NO. 5:23-cv-00391-XR |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME FORTH for consideration on this date the Joint Stipulation of Dismissal with Prejudice (the "*Stipulation*") of Plaintiff Jonae L. Skinner ("*Plaintiff*") and Defendant Upstart Network, Inc. ("*Defendant*") (collectively with Plaintiff, the "*Parties*,"), pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court finds the Stipulation is well-taken and should be **GRANTED** in its entirety.  It is therefore **ORDERED** that:

All matters in controversy between the Parties in this lawsuit are hereby dismissed with prejudice.

The Parties shall bear their own fees, expenses and other costs incurred in connection with this lawsuit.

        **SIGNED** this 7th day of February

_____
XAVIER RODRIGUEZ
UNITED STATUS DISTRICT COURT JUDGE